# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 12, 2018

## NO. 03-17-00664-CV

**Acme Iron & Metal Company, a d/b/a of Txalloy, Inc.; and
Mayfield Paper Company, Inc., Appellants**

**v.**

**Republic Waste Services of Texas, Ltd.,
sometimes d/b/a Trashaway Services and Duncan Disposal, Appellee**

### APPEAL FROM THE 119TH DISTRICT COURT OF TOM GREEN COUNTY
### BEFORE JUSTICES PURYEAR, BOURLAND, AND TOTH
### AFFIRMED -- OPINION BY JUSTICE PURYEAR

This is an appeal from the interlocutory order signed by the trial court on August 24, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's interlocutory order. Appellants shall pay all costs relating to this appeal, both in this Court and the court below.